# UNITED STATES DISTRICT COURT

__WESTERN__ District of __TEXAS__

FILED JAN 18 2008

UNITED STATES OF AMERICA
V.

KARINA TARANGO

**APPEARANCE AND COMPLIANCE BOND**

_____
Defendant

Case Number:   EP: 08-M-00277-M(2)

    Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
    Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __20,000.00_____, and there has been deposited in the Registry of the Court the sum of
$ __2,000.00 (10% cash deposit)__ and further __secured by the signature and assets of Defendant__ (describe other security).

    The conditions of this bond are that the defendant, __KARINA TARANGO__
                                                                               Name

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. **SEE ATTACHED CONDITIONS OF RELEASE**
    It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

    This bond is signed on __January 18, 2008__ at __EL PASO, TEXAS__
                                  Date                                    Place

Defendant __[signature]__   Telephone: __[redacted]__
        KARINA TARANGO

Surety _____

Surety _____

    Signed and acknowledged before me on __January 18, 2008__
                                                                               Date

                                                                               Signature of Judge/Clerk

Bond Approved: __[signature]__
                 RICHARD P. MESA, U. S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   EP: 08-M-00277-M(2) |
| | ) | |
| **KARINA TARANGO** | ) | |

## RELEASE ORDER

The Defendant appeared before the undersigned for an initial appearance on January 17, 2008 and conditions of Defendant's release were set. Accordingly, the Court orders that the Defendant shall be released upon the following conditions:

1. Defendant shall file an appearance and compliance bond in the amount of $20,000.00 which shall be secured by a deposit of ten percent into the registry of the Court and shall be further secured by the assets and signature of Defendant. The signature of Defendant constitutes her agreement to forfeit money and/or property in the face amount of the bond including, but not limited to, the cash deposit, in the event Defendant fails to abide by any conditions of release set herein.

2. Defendant shall not commit a federal, state, or local crime during the pendency of this cause.

3. Defendant shall reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, telephone: ▮▮▮▮▮▮▮▮ and **AT NO OTHER PLACE** during the pendency of this cause **unless** permission to relocate is first obtained from the supervising Pretrial Services Office. The Defendant shall not depart El Paso County, Texas **unless**, prior to departure, permission has been granted by the supervising Pretrial Services Office. **Defendant shall not travel to Mexico or any other foreign country.**

1

4. Defendant shall remain under supervision of the Pretrial Services Office during the pendency of this cause and shall report to that agency as directed. The Pretrial Services Office has authority to grant or deny any requests by Defendant for temporary travel outside El Paso County, Texas.

5. Defendant shall appear at all proceedings as required and shall surrender, as directed, for service of any sentence imposed. **IT IS THE DEFENDANT'S RESPONSIBILITY TO STAY IN CONTACT WITH HIS/HER ATTORNEY IN ORDER TO BE ADVISED OF ALL COURT SETTINGS.**

6. Defendant shall avoid all contact with any victim(s) of the crime with which Defendant is charged.

7. Defendant shall avoid all contact with any potential witness(es) who may testify regarding the crime with which Defendant is charged and/or any co-defendant(s).

8. Defendant shall not possess, have custody or control of, or ready access to a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not use alcohol excessively.

10. Defendant shall not use any narcotic drug or other controlled substance, as defined in § 102 of the Controlled Substances Act (21 U.S.C. § 802), unless, prior to use, Defendant has obtained a prescription from a licensed medical practitioner. Defendant shall submit urine samples for testing as directed by the Pretrial Services Office.

11. Defendant shall participate in any and all evaluation and/or treatment programs for substance abuse as directed by the Pretrial Services Office.

# PENALTIES AND CONSEQUENCES
# FOR FAILURE TO APPEAR AT A PROCEEDING,
# FAILURE TO SURRENDER FOR SERVICE OF SENTENCE,
# OR VIOLATIONS OF ANY CONDITION OF RELEASE

## I. Loss of Property and/or Money

Defendant is advised that if she fails to appear before any court as required, the court may forfeit any property or money given or pledged as security for Defendant's bond and the court may enter judgment against Defendant and her sureties in the full amount of Defendant's appearance and compliance bond.

## II. Prosecution for Bond Jumping

Defendant is advised that if she fails to appear before any court as required or fails to surrender for service of any sentence, Defendant may be charged with the crime of "bond jumping," as set out in 18 U.S.C. §3146. This crime is punishable by a term of imprisonment of up to ten years and a fine of up to $25,000.00, depending in part on the crime with which Defendant is now charged. A term of imprisonment for bond jumping will be consecutive to any term of imprisonment imposed for the crime with which Defendant is now charged.

## III. Warrant for Defendant's Arrest,
## Order of Detention and Prosecution for Contempt

Defendant is advised that if she violates any condition of release, including but not limited to failing to appear as required, any one or more of the following may occur:

1. The court may issue a warrant for Defendant's arrest.

2. The court, after a hearing, may revoke Defendant's bond and order that Defendant be held in custody.

3. Defendant may be prosecuted and punished for contempt under 18 U.S.C. §401.

# PENALTIES FOR COMMITTING
# CRIMES DURING THE PERIOD OF RELEASE

Defendant is advised that if she is convicted for an offense which was committed during her release, the court is **required** to impose the following sentence <u>consecutive to</u> any sentence Defendant may receive for commission of the offense committed during release:

1. If the offense committed during Defendant's release is a felony, a term of imprisonment of not more than ten years.

2. If the offense committed during Defendant's release is a misdemeanor, a term of imprisonment of not more than one year.

# PROSECUTION FOR VIOLATING
# §§1503, 1510, 1512, and 1513

Defendant is advised that it is a crime, punishable by up to five years in prison and a $5,000.00 fine, to try to intimidate or influence any juror or officer of the court, to try to influence or obstruct the due administration of justice, or to try to obstruct the communication of information regarding a crime.

Defendant is further advised that it is a crime, punishable by up to ten years in prison and a $250,000.00 fine, to try to influence, or to retaliate against, a witness, victim or informant.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the Defendant in the above-captioned case and that I am aware of the above conditions of my release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
KARINA TARANGO
Defendant

Address: ███████████

Telephone: ███████

## DIRECTIONS TO THE UNITED STATES MARSHAL

Defendant is ORDERED released after processing.

Date: January 18, 2008

_____
RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE