**JUDGE PHILIP MARTINEZ**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**EP08CR0440**

| SEALED: ___ | | UNSEALED  XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: February 13, 2008 | MAG CT #: 08-277-M | FBI #: |

| CASE NO: EP-08-CR- | ASSISTANT U.S. ATTORNEY: **STEVEN R. SPITZER** |
|---|---|

| DEFENDANT: **KARINA TARANGO (2)** | DOB: REDACTED |
|---|---|

ADDRESS: REDACTED

CITIZENSHIP: Mexican   INTERPRETER NEEDED: Yes   LANGUAGE: Spanish

| DEFENSE ATTORNEY: Marina Chavez-Soto | EMPLOYED ___ APPOINTED  X |
|---|---|

DEFENDANT IS: On Bond
ADDRESS:

| DATE OF ARREST: January 16, 2008 | BENCH WARRANT: |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CT 3:** 21:846 & 841(a)(1) - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
**CT 4:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 5-40 YRS/$2 MILLION/AT LEAST 4 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: YES (5 YEARS)

REMARKS: ICE - Jesus A. Lazcano

WDT-Cr-3