*mg 2/10/14*

| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Antonio Franco Jr.  *AUSA.* | 2. PHONE NUMBER<br>(915) 534-6884 | 3. DATE<br>2/10/2014 |
|---|---|---|

| 4. MAILING ADDRESS<br>700 E. San Antonio, Suite 200 | 5. CITY<br>El Paso | 6. STATE<br>Texas | 7. ZIP CODE<br>79901 |
|---|---|---|---|

| 8. CASE NUMBER<br>EP-08-CR-440-PRM-2 | 9. JUDGE<br>Philip R. Martinez | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 10. FROM 5/13/2008 | 11. TO 5/13/2008 |

| 12. CASE NAME<br>U.S. v. KARINA TARANGO |  | LOCATION OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 13. CITY: El Paso | 14. STATE Texas |

| 15. ORDER FOR | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

Stamp: FILED 2014 FEB 10 PM 3:... DEPUTY

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☒ OTHER (Specify) |  |
| ☐ SENTENCING |  | Plea Hearing | 5/13/2008 |
| ☐ BAIL HEARING |  |  | *M. Nobles* |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |  |  |
| DAILY | ☐ | ☐ | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☐ | NO. OF COPIES |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE  *[signature]* | PROCESSED BY |  |
| 19. DATE  2/10/2014 | PHONE NUMBER |  |

| TRANSCRIPT TO BE PREPARED BY |  |  | COURT ADDRESS |  |
|---|---|---|---|---|
|  | DATE | BY |  |  |
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY