PROB 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

FILED
2014 JUL -7 PM 3:12
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___MC___
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. EP-08-CR-440-PRM(2) |
| KARINA TARANGO | |

On July 9, 2008, the above named Defendant was sentenced in the above numbered cause to 30 months custody and 5 years supervised release for the offense of Conspiracy to Possess w/Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, §§ 846 and 841. On November 5, 2010, the Defendant released from federal custody and began service of the term of supervised release which was scheduled to be in effect until November 4, 2015. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18, United States Code, § 3583(e)(1), the U.S. Probation Officer recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

_Monique D. Martinez_, U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office, discharged from supervision, and that the proceedings in the case be terminated.

Dated this __7th__ day __July__ of 20__14__.

_Philip R. Martinez_, United States District Judge